1 | Laura L. Ho (SBN 173179)
  | lho@gbdhlegal.com
2 | Byron Goldstein (SBN 289306)
  | brgoldstein@gbdhlegal.com
3 | GOLDSTEIN, BORGEN, DARDARIAN & HO
  | 300 Lakeside Drive, Suite 1000
4 | Oakland, CA  94612
  | Tel:   (510) 763-9800
5 | Fax:   (510) 835-1417

6 | Attorneys for Plaintiffs
  | *Additional counsel listed on signature page*
7 |
8 | JoAnna L. Brooks
  | JBrooks@littler.com
  | Andrew M. Spurchise
9 | ASpurchise@littler.com
  | LITTLER MENDELSON, P.C.
10 | 650 California Street, 20th Floor
  | San Francisco, CA  94108-2693
11 | Tel:   (415) 433-1940
  | Fax:   (415) 399-8490
12 |
13 | Attorneys for Defendant
  | *Additional Counsel listed on signature page*

14 | **UNITED STATES DISTRICT COURT**
15 | **NORTHERN DISTRICT OF CALIFORNIA**
16 | **SAN FRANCISCO DIVISION**

17 | GRETA ZENELAJ AND VILMA ZENELAJ, | Case No.: 14-cv-05449 TEH
   | on behalf of themselves and all others similarly |
18 | situated, | **STIPULATION AND [~~PROPOSED~~] ORDER**
   | | **FOR EXTENSION OF TIME FOR**
19 | Plaintiffs, | **PLAINTIFFS' OPPOSITION TO AND**
   | | **DEFENDANT'S REPLY IN SUPPORT OF**
   | vs. | **DEFENDANT'S MOTION TO COMPEL**
20 | | **ARBITRATION**
   | Handybook, Inc., |
21 | | Hon. Thelton E. Henderson
   | Defendant. |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

560198.2

1    PLAINTIFFS AND DEFENDANT, BY COUNSEL, STIPULATE AND AGREE AS

2    FOLLOWS:

3        1.    Defendant filed a motion to compel arbitration on December 22, 2014. ECF 8.

4    Plaintiffs' opposition is currently due on January 5, 2015, and Defendant's reply is currently due on

5    January 12, 2015. ECF 8 and 11. At this time, there is no scheduled hearing for the motion to compel

6    arbitration because the scheduled hearing date was vacated. ECF 11.

7        2.    The parties have met and agreed to an extension of time for both Plaintiffs' opposition

8    to and Defendant's reply in support of Defendant's motion to compel arbitration. The parties stipulate

9    that Plaintiffs' opposition to Defendant's motion to compel arbitration shall be due on January 15,

10   2015.  It is further stipulated that Defendant's reply in support of its motion to compel arbitration shall

11   be due on January 26, 2015.

12       3.    The parties have also met and agreed to request a motion hearing date of February 23,

13   2015 for Defendant's Motion to Compel Arbitration.

14   Dated:  December 29, 2014                Respectfully submitted,

15

16                              ____/S/ Byron Goldstein_____
                                Laura L. Ho (SBN 173179)
17                              lho@gbdhlegal.com
                                Byron Goldstein (SBN 289306)
18                              brgoldstein@gbdhlegal.com
                                GOLDSTEIN, BORGEN, DARDARIAN & HO
19                              300 Lakeside Drive, Suite 1000
                                Oakland, CA  94612
20                              Tel:   (510) 763-9800
                                Fax:   (510) 835-1417

21                              David Browne (SBN 261345)
                                david@brownelaborlaw.com
22                              Devin Coyle (SBN 267194)
                                dcoyle@workerscounsel.com
23                              BROWNE LABOR LAW
                                475 Washington Blvd.
24                              Marina del Rey, CA  90291
                                Tel:   (760) 994-7668
25                              Fax:   (310) 421-4833

26                              Attorneys for Plaintiffs

27

28
                                            1
     STIPULATION & [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLS.' OPP'N TO & DEF.'S REPLY
     ISO DEF.'S MOT. TO COMPEL ARBITRATION - CASE NO. 14- CV-05449 TEH

1   Dated:  December 29, 2014                    Respectfully submitted,

2
                                                _____/S/ Andrew M. Spurchise_____
3                                               JoAnna L. Brooks
                                                JBrooks@littler.com
4                                               Andrew M. Spurchise
                                                ASpurchise@littler.com
5                                               Mel M.C. Cole
                                                mmcole@littler.com
6                                               Roxanna F. Iran
                                                RIran@littler.com
7                                               LITTLER MENDELSON, P.C.
                                                650 California Street, 20th Floor
8                                               San Francisco, CA 94108-2693
                                                Tel:   (415) 433-1940
9                                               Fax:  (415) 399-8490

10                                              Attorneys for Defendant

11                                      **ATTESTATION**

12          Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has

13   been obtained from each of the other signatories.

14   Dated:  December 29, 2014                    Respectfully submitted,

15
                                                _____/S/ Byron Goldstein_____
16                                              Byron Goldstein
                                                GOLDSTEIN, BORGEN, DARDARIAN & HO
17

18                                              Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLS.' OPP'N TO & DEF.'S REPLY
ISO DEF.'S MOT. TO COMPEL ARBITRATION - CASE NO. 14- CV-05449 TEH

560198.2

1

**[~~PROPOSED~~] ORDER**

2        Pursuant to the Stipulation of the parties, Plaintiffs' Opposition to Defendant's Motion to

3  Compel Arbitration, ECF 8, is due on January 15, 2015 and Defendant's Reply in support of its Motion

4  to Compel Arbitration is due on January 26, 2015.

5        The motion hearing date for Defendant's Motion to Compel Arbitration is scheduled for

6  February 23, 2015.

7

8  Dated: _____01/05_____, 2015     _____

9                                           Honorable Thelton E. ...
                                            United ...
10



11                                          Judge Thelton E. Henderson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLS.' OPP'N TO & DEF.'S REPLY
ISO DEF.'S MOT. TO COMPEL ARBITRATION - CASE NO. 14- CV-05449 TEH

560198.2