JOANNA L. BROOKS, Bar No. 182986
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:   925.932.2468
Fax No.:       925.946.9809

ANDREW M. SPURCHISE, Bar No. 245998
ROXANNA IRAN, Bar No. 273625
MEL M.C. COLE, Bar No. 293265
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Fax No.:       415.399.8490

Attorneys for Defendant
HANDY TECHNOLOGIES, INC.
(D/B/A HANDY, F/K/A HANDYBOOK, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA ZENELAJ and GRETA ZENELAJ, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HANDYBOOK, INC., also known as HANDYBOOK TECHNOLOGIES, INC., CORPORATION (dba HANDY) and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  3:14-cv-05449-TEH<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL**<br><br>Complaint Filed:  October 30, 2014 |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

Case No.  3:14-cv-05449-TEH

NOTICE OF UNAVAILABILITY OF COUNSEL

TO PLAINTIFFS VILMA ZENELAJ and GRETA ZENELAJ:

PLEASE TAKE NOTICE THAT Defendant Handy Technologies, Inc.'s counsel of record, JoAnna Brooks, will not be available from April 8, 2015 through April 15, 2015, including but not limited to receiving notices of any kind, receiving or responding to phone messages, emails or letters, or for any other purpose whatsoever.

Dated: February 18, 2015

/s/ JoAnna L. Brooks
JOANNA L. BROOKS
LITTLER MENDELSON, P.C.
Attorneys for Defendant and Cross-Defendant
HANDY TECHNOLOGIES, INC.
(D/B/A HANDY, F/K/A HANDYBOOK, INC.)

Firmwide:131768010.1 082196.1011

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

1       Case No.  3:14-cv-05449-TEH
NOTICE OF UNAVAILABILITY OF COUNSEL