1  JOANNA L. BROOKS, Bar No. 182986
   LITTLER MENDELSON, P.C.
2  Treat Towers
   1255 Treat Boulevard, Suite 600
3  Walnut Creek, CA 94597
   Telephone:  925.932.2468
4  Fax No.:    925.946.9809

5  ANDREW M. SPURCHISE, Bar No. 245998
   ROXANNA IRAN, Bar No. 273625
6  MEL M.C. COLE, Bar No. 293265
   LITTLER MENDELSON, P.C.
7  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
8  Telephone:  415.433.1940
   Fax No.:    415.399.8490

9

10 Attorneys for Defendant
   HANDY TECHNOLOGIES, INC.
   (D/B/A HANDY, F/K/A HANDYBOOK, INC.)
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA ZENELAJ and GRETA ZENELAJ, individually and on behalf of others similarly situated, | Case No. 3:14-cv-05449-TEH |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| v. | |
| HANDYBOOK, INC., also known as HANDYBOOK TECHNOLOGIES, INC., CORPORATION (dba HANDY) and DOES 1 through 100, inclusive, | |
| Defendants. | Complaint Filed: October 30, 2014 |

Case No. 3:14-cv-05449-TEH

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC AND RELATED DEADLINES

IT IS HEREBY STIPULATED by and between Plaintiffs VILMA ZENELAJ and GRETA ZENELAJ ("Plaintiffs") and Defendant HANDY TECHNOLOGIES, INC. (D/B/A HANDY, F/K/A HANDYBOOK, INC.) ("Defendant") (collectively, the "Parties"), by and through their attorneys of record:

WHEREAS, on March 3, 2015, this Court ordered the Parties to submit the question of arbitrability of Plaintiffs' claims to an arbitrator;

WHEREAS, this Court ordered the Parties to submit a Joint Status Statement as to the arbitrator's decision by June 1, 2015 and scheduled a Case Management Conference on June 16, 2015;

WHEREAS, the Parties later agreed to engage in a mediation before Mediator Mark Rudy on July 29, 2015 before Plaintiffs submit their claim to arbitration;

WHEREAS, the date of the currently scheduled Case Management Conference falls before said mediation, and as a result, the Parties have agreed to continue the Case Management Conference for approximately 90 days.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. That the Case Management Conference, currently set for June 16, 2015, be taken on off calendar; and

2. That the Court is requested to continue the Case Management Conference to a date convenient for the Court after September 14, 2015.

Dated: May 29, 2015

*/s/ Andrew M. Spurchise*
ANDREW M. SPURCHISE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
HANDY TECHNOLOGIES, INC.
(D/B/A HANDY, F/K/A HANDYBOOK, INC.)

Dated: May 29, 2015

*/s/ Laura L. Ho*
LAURA L. HO
GOLDSTEIN, BORGEN, DARDARIAN & HO
Attorneys for Plaintiffs
VILMA ZENELAJ AND GRETA ZENELAJ

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

## **ORDER**

The Case Management Conference, currently set for June 16, 2015, is continued to
_____.

IT IS SO ORDERED.

DATED: _____, 2015    _____
HON. THELTON E. HENDERSON

Firmwide:133823343.1 082196.1011

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468