JOANNA L. BROOKS, Bar No. 182986
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Fax No.: 925.946.9809

ANDREW M. SPURCHISE, Bar No. 245998
ROXANNA IRAN, Bar No. 273625
MEL M.C. COLE, Bar No. 293265
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
HANDY TECHNOLOGIES, INC.
(D/B/A HANDY, F/K/A HANDYBOOK, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA ZENELAJ and GRETA ZENELAJ, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HANDYBOOK, INC., also known as HANDYBOOK TECHNOLOGIES, INC., CORPORATION (dba HANDY) and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:14-cv-05449-TEH<br><br>**JOINT STATUS STATEMENT**<br><br><br>Complaint Filed: October 30, 2014 |

Case No. 3:14-cv-05449-TEH

JOINT STATUS STATEMENT

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

Plaintiffs VILMA ZENELAJ and GRETA ZENELAJ ("Plaintiffs") and Defendant HANDY TECHNOLOGIES, INC. (D/B/A HANDY, F/K/A HANDYBOOK, INC.) ("Defendant") (collectively, the "Parties") hereby submit this Joint Status Statement as ordered by this Court on March 3, 2015. On that date, the Court ordered the Parties to submit the question of arbitrability of Plaintiffs' claims to an arbitrator, and to inform the Court of the arbitrator's decision within one week of the decision or on June 1, 2015, whichever is sooner.

Shortly after the Court's order, the Parties agreed to engage in a mediation before Mediator Mark Rudy on July 29, 2015. The Parties are currently preparing for said mediation and as a result, the claim has yet to be submitted to arbitration.

On a final note, the Parties wish to retract their previously filed request for a continuance of a June 16, 2015 Case Management Conference, as the request was in error. This Court has no Case Management Conference currently scheduled in this action.

Dated: June 1, 2015

/s/ Andrew M. Spurchise
ANDREW M. SPURCHISE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
HANDY TECHNOLOGIES, INC.
(D/B/A HANDY, F/K/A HANDYBOOK, INC.)

Dated: June 1, 2015

/s/ Laura L. Ho
LAURA L. HO
GOLDSTEIN, BORGEN, DARDARIAN & HO
Attorneys for Plaintiffs
VILMA ZENELAJ AND GRETA ZENELAJ

Firmwide:133845884.1 082196.1011