1   JOANNA L. BROOKS, Bar No. 182986
LITTLER MENDELSON, P.C.
2   Treat Towers
1255 Treat Boulevard, Suite 600
3   Walnut Creek, CA 94597
Telephone: 925.932.2468
4   Fax No.: 925.946.9809

5   ANDREW M. SPURCHISE, Bar No. 245998
ROXANNA IRAN, Bar No. 273625
6   MEL M.C. COLE, Bar No. 293265
LITTLER MENDELSON, P.C.
7   650 California Street, 20th Floor
San Francisco, CA 94108.2693
8   Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
HANDY TECHNOLOGIES, INC.
(D/B/A HANDY, F/K/A HANDYBOOK, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA ZENELAJ and GRETA ZENELAJ, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HANDYBOOK, INC., also known as HANDYBOOK TECHNOLOGIES, INC., CORPORATION (dba HANDY) and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:14-cv-05449-TEH<br><br>**JOINT STATUS STATEMENT**<br><br><br>Complaint Filed: October 30, 2014 |

Case No. 3:14-cv-05449-TEH

JOINT STATUS STATEMENT

Plaintiffs VILMA ZENELAJ and GRETA ZENELAJ ("Plaintiffs") and Defendant HANDY TECHNOLOGIES, INC. (D/B/A HANDY, F/K/A HANDYBOOK, INC.) ("Defendant") (collectively, the "Parties") hereby submit this Joint Status Statement as ordered by this Court on August 17, 2015, ordering the Parties to set forth the current status of this action.

On July 21, 2015, Plaintiffs filed a demand for arbitration with the American Arbitration Association. Since that time, the Parties have agreed to attend a mediation before Mediator Mark Rudy, scheduled for December 9, 2015. As a result, the Parties have stayed the arbitration proceedings until December 16, 2015.

Dated: August 19, 2015

*/s/ JoAnna L. Brooks*
JOANNA L. BROOKS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
HANDY TECHNOLOGIES, INC.
(D/B/A HANDY, F/K/A HANDYBOOK, INC.)

Dated: August 19, 2015

*/s/ Laura L. Ho*
LAURA L. HO
GOLDSTEIN, BORGEN, DARDARIAN & HO
Attorneys for Plaintiffs
VILMA ZENELAJ AND GRETA ZENELAJ

Firmwide:135405388.1 082196.1011

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468