Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Byron Goldstein (SBN 289306)
brgoldstein@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:   (510) 763-9800
Fax:   (510) 835-1417

Attorneys for Plaintiffs
*Additional counsel listed on signature page*

JoAnna L. Brooks
JBrooks@littler.com
Andrew M. Spurchise
ASpurchise@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108-2693
Tel:   (415) 433-1940
Fax:   (415) 399-8490

Attorneys for Defendant
*Additional Counsel listed on signature page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GRETA ZENELAJ AND VILMA ZENELAJ, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>vs.<br><br>Handybook, Inc.,<br><br>      Defendant. | Case No.: 14-cv-05449 TEH<br><br>**JOINT STATUS STATEMENT**<br><br>Complaint Filed:  October 30, 2014 |

1 | The parties submit this Joint Status Statement as ordered by the Court to set forth the current status of the action. On July 21, 2015, after this Court granted Defendant's motion to compel arbitration, Plaintiffs filed a demand for arbitration with the American Arbitration Association. The parties agreed to stay the arbitration until December 16, 2015, pending the December 9, 2015 private mediation with Mediator Mark Rudy. The parties held the mediation as scheduled, but did not settle the action. Accordingly, Plaintiffs have asked the American Arbitration Association to lift the stay.

Dated: December 16, 2015           Respectfully submitted,

                                            /S/ Laura L. Ho
Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Byron Goldstein (SBN 289306)
brgoldstein@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:   (510) 763-9800
Fax:   (510) 835-1417

David Browne (SBN 261345)
david@brownelaborlaw.com
Devin Coyle (SBN 267194)
dcoyle@workerscounsel.com
BROWNE LABOR LAW
475 Washington Blvd.
Marina del Rey, CA  90291
Tel:   (760) 994-7668
Fax:   (310) 421-4833

Attorneys for Plaintiffs

1 | Dated:  December 16, 2015            Respectfully submitted,

                                            /S/ JoAnna L. Brooks
                                      JoAnna L. Brooks
                                        JBrooks@littler.com
                                        Andrew M. Spurchise
                                        ASpurchise@littler.com
                                        Mel M.C. Cole
                                        mmcole@littler.com
                                        Roxanna F. Iran
                                        RIran@littler.com
                                        LITTLER MENDELSON, P.C.
                                        650 California Street, 20th Floor
                                        San Francisco, CA 94108-2693
                                        Tel:   (415) 433-1940
                                        Fax:   (415) 399-8490

Attorneys for Defendant

**ATTESTATION**

      Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  December 16, 2015            Respectfully submitted,

                                            /S/ Laura L. Ho
                                        Laura L. Ho
                                        GOLDSTEIN, BORGEN, DARDARIAN & HO

Attorneys for Plaintiffs