Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Byron Goldstein (SBN 289306)
brgoldstein@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:    (510) 763-9800
Fax:    (510) 835-1417

Attorneys for Plaintiffs
*Additional counsel listed on signature page*

JoAnna L. Brooks
JBrooks@littler.com
Andrew M. Spurchise
ASpurchise@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108-2693
Tel:    (415) 433-1940
Fax:    (415) 399-8490

Attorneys for Defendant
*Additional Counsel listed on signature page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GRETA ZENELAJ AND VILMA ZENELAJ, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Handybook, Inc., <br><br> Defendant. | Case No.: 14-cv-05449-HSG <br><br> **JOINT STATUS STATEMENT** <br><br> Complaint Filed:  October 30, 2014 |

1    The parties submit this Joint Status Statement as ordered by the Court to set forth the current

2    status of the action.  ECF No. 41.

3    After the Court granted Defendant's motion to compel arbitration based on a finding that the

4    American Arbitration Association's Commercial Arbitration Rules contained a valid delegation clause.

5    Plaintiffs filed a demand for arbitration with the American Arbitration Association on July 21, 2015.

6    Plaintiffs subsequently filed a motion to remand the action to federal court and to rule that the class

7    action waiver in Defendant's arbitration agreement was unenforceable. A hearing on Plaintiffs' motion

8    was heard on April 15, 2016 before arbitrator Michael D. Zimmerman. The arbitrator denied Plaintiffs'

9    motion for remand. The Arbitrator ruled that Defendant's Terms of Use contained no procedural

10   unconscionability and no substantive unconscionability, ruled that the class action waiver was

11   enforceable, and held that both the Plaintiffs' individual and PAGA representative claims may proceed

12   in arbitration.  Shortly after the Arbitrator's decision, the Parties jointly requested and received a stay

13   of the arbitration, and the arbitration has remained stayed.

14   On March 7, 2016, Plaintiffs filed a Notice of Pendency of Other Actions, which stated that

15   there are two actions that involve a material part of the same subject matter as the above-captioned

16   action.  ECF No. 38.  Those two actions are: *Washington, et al. v. Handy Technologies, Inc.*, Case No.

17   CGC-15-546980 (S.F. County Superior Court) filed July 21, 2015; and *Easton, et al. v. Handy*

18   *Technologies, Inc.*, Case No. 37-2016-4419-CU-OE-CTL (San Diego County Superior Court) filed

19   February 9, 2016.

20   On July 26, 2016, Defendant and Plaintiffs in the above-captioned action, the *Washington*

21   action, and the *Easton* action participated in a full day of mediation before Jeffrey Ross, a respected

22   and experienced mediator for class actions and wage and hour lawsuits.  Although a settlement was not

23   reached on the mediation date, Mr. Ross and all the parties continued to engage in settlement

24   discussions, which resulted in a settlement in principle that covered all three related cases.  The basics

25   terms of the settlement were set forth in a signed Memorandum of Understanding on December 2,

26   2016.  Over the next six months, the parties engaged in extensive negotiations in order to arrive at a

27   full settlement agreement.

28

On August 9, 2017, all of the Plaintiffs filed a joint motion for preliminary approval in the *Easton* action, which seeks court approval to resolve all related actions, including this one.  The preliminary approval hearing is scheduled for September 15, 2017.

Dated:  August 22, 2017                  Respectfully submitted,


                                         ___*/s/ Laura L. Ho*_____
                                         Laura L. Ho (SBN 173179)
                                         lho@gbdhlegal.com
                                         Byron Goldstein (SBN 289306)
                                         brgoldstein@gbdhlegal.com
                                         GOLDSTEIN, BORGEN, DARDARIAN & HO
                                         300 Lakeside Drive, Suite 1000
                                         Oakland, CA  94612
                                         Tel:   (510) 763-9800
                                         Fax:   (510) 835-1417

                                         David Browne (SBN 261345)
                                         david@brownelaborlaw.com
                                         Devin Coyle (SBN 267194)
                                         dcoyle@workerscounsel.com
                                         BROWNE LABOR LAW
                                         475 Washington Blvd.
                                         Marina del Rey, CA  90291
                                         Tel:   (760) 994-7668
                                         Fax:   (310) 421-4833

                                         Attorneys for Plaintiffs

Dated:  August 22, 2017                  Respectfully submitted,


                                         ___*/s/ Mel M.C. Cole*_____
                                         JoAnna L. Brooks
                                         jbrooks@littler.com
                                         Andrew M. Spurchise
                                         aspurchise@littler.com
                                         Mel M.C. Cole
                                         mmcole@littler.com
                                         Roxanna F. Iran
                                         riran@littler.com
                                         LITTLER MENDELSON, P.C.
                                         650 California Street, 20th Floor
                                         San Francisco, CA 94108-2693
                                         Tel:   (415) 433-1940
                                         Fax:   (415) 399-8490

                                         Attorneys for Defendant

687121.2

1

**ATTESTATION**

2

    Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has

3

been obtained from each of the other signatories.

4

Dated:  August 22, 2017                    Respectfully submitted,

5

6

        ____/s/ Laura L. Ho_____

7

        Laura L. Ho
        GOLDSTEIN, BORGEN, DARDARIAN & HO

8

        Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

687121.2