UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA ZENELAJ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HANDYBOOK INC.,<br><br>    Defendant. | Case No. 14-cv-05449-HSG<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

The parties have jointly submitted a Stipulation of Dismissal Without Prejudice to the Court. Accordingly, case number 14-cv-05449-HSG, titled *Zenelaj et al. v. Handybook, Inc.,* is hereby dismissed without prejudice, with all costs and fees having been resolved pursuant to an agreement between the parties.

The parties jointly represent that the claims in this action are encompassed in the claims resolved in the settlement and final approval order entered in the related matter of *Easton, et al. v. Handy Technologies, Inc.*, Case No. 37-2016-4419-CU-OE-CTL (San Diego County Superior Court).

**IT IS SO ORDERED.**

Dated: 3/28/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge